

# THE THIRTEENTH COURT OF APPEALS

## 13-22-00226-CV

Gerardo Castillo
v.
U.S. Bank, N.A., Successor Trustee to Lasalle Bank National Association, on behalf of the holders of Bear Stearns Asset Baked Securities I Trust 2007-HE7, Asset-Backed Certificates Series 2007-HE7

On Appeal from the
County Court at Law No. 4 of Hidalgo County, Texas
Trial Court Cause No. CL-22-0058-D

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be DISMISSED. The Court orders the appeal DISMISSED in accordance with its opinion. No costs are assessed as appellant filed an affidavit of inability to pay costs.

We further order this decision certified below for observance.

March 2, 2023